# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-09-00608-CV

**In re Walter Lee Hall, Jr.**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Walter Lee Hall, Jr. has filed a petition for writ of mandamus, complaining of an order granting summary judgment, signed by the trial court on November 12, 2008. We deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Filed:   October 21, 2009